# Barbers Hill ISD - Dress and Grooming Code

The district's dress code is established to teach grooming and hygiene, instill discipline, maintain a safe and positive learning environment, prevent disruption, avoid safety hazards, and teach respect for authority.

Students shall be dressed and groomed in a manner that is clean and neat and that will not be a health or safety hazard to themselves or others. The District prohibits any clothing or grooming that in the principal's judgment may reasonably be expected to cause disruption of or interference with normal school operations.

The district prohibits students from communicating images, or messages through their attire that:

1. Are lewd, offensive, vulgar, or obscene.
2. Advertise or depict tobacco products, alcoholic beverages, drugs, or any other substance prohibited under FNCF (LEGAL).
3. Create or pose a reasonable risk of creating a material disruption in the school environment.

The student and parent may determine the student's personal dress and grooming standards, provided that they comply with the general guidelines set out above and with the student dress code outlined below.

**General Guidelines:**

- Any type of dress, insignia, neckband, accessory, shirt, or other clothing with lewd, offensive, vulgar or obscene messages; or which advertise or exploit tobacco products, alcoholic beverages, drugs or other illegal substances; or which create or pose a reasonable risk of creating a material disruption in the learning environment will not be allowed.
- Any clothing, accessories, symbols, or jewelry which depict or suggest association with a gang shall not be brought to school, worn at school or in any way be present at any school related event.
- Bandanas or look-alike bandanas will not be permitted.
- Appropriate underclothing must be worn and covered at all times.
- Bedroom attire is not acceptable. Students may not wear pajamas or like garments.
- Students will be required to remain in dress code until they have left campus.

**Shirts and Tops**

- Strapless, bare backs, bare midriffs, and low necklines are unacceptable.  The general rule for determining proper length on shirts and tops will be whether the arms can be raised above the head without a bare midriff showing.  Any type of flimsy, see-through material is not allowed.  Sheer tops covering unacceptable clothing are not acceptable.  Any type clothing must be long enough to preserve modesty when seated.  No clothing may be worn that fits so tightly as to be immodest.
- All hoodies, sweatshirts and shirt tail length may not extend below the wrist in a normal standing position.
- Shirts with sayings, slogans, signs or symbols that violate the guidelines set out in this Dress Code will not be allowed.
- Students shall wear shirts, blouses and other types of tops that are appropriate to the learning environment and consistent with the Dress Code.
    - For female students, the design of the top should preserve modesty.  Low cut necklines are unacceptable.  All tops must cover and not reveal undergarments.  No spaghetti straps or strapless tops will be allowed.  Tank top straps must measure at least 2 inches in width.
    - For male students, sleeveless or open-arm shirts are not permitted. Shirt sleeves must have a hem.

**Pants, Shorts, Skirts and Dresses**

- The general rule for determining the length of shorts, skirts and dresses (including slits on dresses and skirts) will be that they must be worn at the waist line and extend below the index finger at the shortest point of the garment.
- Pants, shorts, skirts and dresses shall not be torn, ripped, frayed or have worn areas with fabric underneath. All bottoms must have a finished hem.
- No holes will be permitted in any article of clothing.
- All patches used to cover holes must be placed on the outside of clothing.

- Pants must completely cover underclothing.  Sagging pants or shorts will not be allowed.
- Overalls and suspenders, if worn, must be worn over the shoulders and buckled as designed.
- Male students will not be permitted to wear skirts or dresses.
- Tight fitting shorts will not be allowed.
- <u>Grades PK-6</u>:
    - Leggings, jeggings, yoga pants and spandex shorts may only be worn with a dress, skirt, or top that is fingertip length or longer.
- <u>Grades 7-12</u>:
    - Leggings, jeggings, yoga pants and spandex shorts may only be worn with a dress or skirt that is fingertip length or longer.
    - Tennis shorts, running shorts, spandex/biker shorts and boxer shorts are not allowed.

**Shoes / Footwear**

- Pool or beach type shoes, house shoes/slippers and steel toe boots are not permitted.
- <u>Grades PK-6</u>:
    - Footwear must have a back designed to stay on the foot during physical activities (i.e., tennis shoes.)
    - Footwear not allowed: Footwear without backs, cleats, wheelies (shoes with rollers), high heels/wedges, flip-flops, rubber/plastic sandals
- <u>Grades 7-12</u>:
    - Backless sandals are permitted so long as the sole/footbed is not made of rubber or plastic.

**Head Coverings**

- No type of head covering, cap or hat is permitted in the building.

**Coats and Jackets**

- Trench coats, duster coats and like garments are prohibited.
- Hoodies and/or sweatshirts may not extend below the wrist in a normal standing position.  Hoods may not be worn inside the building at any time.

**Hair**

- Hair must be clean and well-groomed.
- Geometric or unusual patterns (including Mohawks and Faux hawks) shaved or cut in the hair are not permitted.
- Unnatural hair color or color variation in hair (i.e. scarlet, purple, blue, green, orange, etc.) will not be permitted.
- Ribbons or other types of hair accessories should not distract from the learning environment and be appropriate to the hairstyle.
- Male students' hair will not extend, at any time, below the eyebrows or below the ear lobes. Male students' hair must not extend below the top of a t-shirt collar or be gathered or worn in a style that would allow the hair to extend below the top of a t-shirt collar, below the eyebrows, or below the ear lobes when let down.

**Facial Hair**

- No student will be permitted to cut lines or designs in the eyebrows.
- Students must be clean-shaven at all times.  Beards, goatees and mustaches are not allowed.
- Sideburns must be neat and well-groomed and may not extend below the ear lobe or flare at the bottom.

**Jewelry**

- No student shall be permitted to wear visible piercings on body parts other than the ear (i.e., nose, eyelids, lips, tongue, etc.) No student will be allowed to wear gauged plugs and/or other objects in the ear.
- Covering body piercing with Band-Aids, tape, spacers, or any other temporary covering is not acceptable.
- Students may not wear chains or jewelry that has the potential to be used as a weapon.  Collars intended for use on animals are prohibited.
- Male students will not be allowed to wear earrings in the ears.

**Tattoos / Make-Up**

- Tattoos and/or any other drawings on the skin must be covered.
- <u>Grades PK-6</u>:
    - Students will not be permitted to wear make-up.

- <u>Grades 7-12</u>:
    - Male students will not be permitted to wear make-up or nail polish.

**Sunglasses**

- Students shall not wear sunglasses in the building.

**Extracurricular Activities (School Sponsored Trips, Special Events, Banquets and Prom)**

- The principal, in cooperation with the sponsor, coach, or other person in charge of the extracurricular activity, will regulate the dress and grooming of the students and their guests. Students who violate dress and grooming standards established for such an activity may be removed or excluded from the activity for a period determined by the principal or sponsor and may be subject to other disciplinary action, as specified in the Student Code of Conduct.

**Exemptions**

- The principal may grant an exemption to any of the above provisions if a student has a disability or medical condition rendering compliance with the provisions detrimental to the student's physical health or if a student requests and is approved for a religious exemption. A student who wishes to receive a disability or religious exemption from the dress code must complete and submit the dress code exemption form, which is available on each campus and on the District website.

**Interpretation of Appropriateness**

- Campus administrators shall be authorized to appraise a student's attire to determine its conformance with this Dress Code.
- Administrators and teachers shall be responsible for the enforcement of dress code.
- **The dress code will apply to all students and to all activities, co-curricular and extracurricular. Any exceptions must be made by the principal and will apply only to special occasions (i.e. Red Ribbon week).**

**Violations**

In grades PK-8, students who come to school in violation of the Dress and Grooming Code will be disciplined as deemed appropriate/necessary, such as in school suspension, until the violation has been corrected. Students will be given until the following school day to correct hair violations.

In grades 9-12, students who come to school in violation of the Dress and Grooming Code will be assigned to in school suspension.

In addition, parents may be asked to bring appropriate attire to school to assist in correcting the violation. Any student taken home by parents for a change of clothes, without nurse or principal approval, will have an unexcused absence for any missed class time.