88R2538 KKR-D

By: Bowers                                                                                          H.B. No. 567

A BILL TO BE ENTITLED

AN ACT

relating to discrimination on the basis of hair texture or protective hairstyle associated with race.

      BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

      SECTION 1.  Subchapter Z, Chapter 25, Education Code, is amended by adding Section 25.902 to read as follows:

      Sec. 25.902.  PROHIBITION ON CERTAIN DISCRIMINATION IN STUDENT DRESS OR GROOMING POLICY.  (a)  In this section, "protective hairstyle" includes braids, locks, and twists.

      (b)  Any student dress or grooming policy adopted by a school district, including a student dress or grooming policy for any extracurricular activity, may not discriminate against a hair texture or protective hairstyle commonly or historically associated with race.

      SECTION 2.  Subchapter Z, Chapter 51, Education Code, is amended by adding Section 51.979 to read as follows:

      Sec. 51.979.  PROHIBITION ON CERTAIN DISCRIMINATION IN STUDENT DRESS OR GROOMING POLICY.  (a)  In this section:

      (1)  "Institution of higher education" has the meaning assigned by Section 61.003.

      (2)  "Protective hairstyle" includes braids, locks, and twists.

      (b)  Any student dress or grooming policy adopted by an institution of higher education, including a student dress or grooming policy for any extracurricular activity, may not discriminate against a hair texture or protective hairstyle commonly or historically associated with race.

      SECTION 3.  Subchapter C, Chapter 21, Labor Code, is amended by adding Section 21.1095 to read as follows:

      Sec. 21.1095.  RACIAL DISCRIMINATION BASED ON HAIR TEXTURE OR PROTECTIVE HAIRSTYLE.  (a)  In this section, "protective hairstyle" includes braids, locks, and twists.

      (b)  A provision in this chapter referring to discrimination because of race or on the basis of race includes discrimination because of or on the basis of an employee's hair texture or protective hairstyle commonly or historically associated with race.

      (c)  An employer, labor union, or employment agency commits an unlawful employment practice if the employer, labor union, or employment agency adopts or enforces a dress or grooming policy that discriminates against a hair texture or protective hairstyle commonly or historically associated with race.

EXHIBIT 3                                                                                                    000001

```
       SECTION 4.  Subchapter A, Chapter 301, Property Code, is
amended by adding Section 301.0045 to read as follows:
       Sec. 301.0045.  RACIAL DISCRIMINATION BASED ON HAIR TEXTURE
OR PROTECTIVE HAIRSTYLE. (a)  In this section, "protective
hairstyle" includes braids, locks, and twists.
       (b)  A provision in this chapter, other than a provision in
Subchapter I, referring to discrimination because of race or on the
basis of race includes discrimination because of or on the basis of
a person's hair texture or protective hairstyle commonly or
historically associated with race.
       SECTION 5.  Section 21.1095, Labor Code, as added by this
Act, applies only to an unlawful employment practice that occurs on
or after the effective date of this Act.
       SECTION 6.  Section 301.0045, Property Code, as added by
this Act, applies only to a discriminatory housing practice that
occurs on or after the effective date of this Act.
       SECTION 7.  This Act takes effect September 1, 2023.
```

EXHIBIT 3                                              000002