

# Rep. Rhetta Andrews Bowers Releases Statement on Barbers Hill ISD Texas CROWN Act Violation

**FOR IMMEDIATE RELEASE**
9/22/2023

House Bill 567, also known as The Texas CROWN Act, authored by Representative Rhetta Andrews Bowers, became law on September 1st, 2023. The CROWN Act, which stands for **C**reating a **R**espectful and **O**pen **W**orld for **N**atural Hair, prohibits discrimination on the basis of hair texture or protective hairstyle associated with race.

Darryl George, a student at Barbers Hill High School in Barbers Hill ISD, has faced disciplinary action and suspension due to his choice to wear locs, a hairstyle explicitly named and protected in the legislation. Many supporters of the CROWN Act, including Rep. Bowers, believe the school's choice to discipline this student for his protective hairstyle violates the CROWN Act.

Rep. Bowers released the following statement:

> "*I stand firmly with Darryl George and his family through this incredibly difficult and trying time. The Texas CROWN Act was passed to prevent situations like this, and it is very disappointing to see Barbers Hill ISD attempt to find loopholes to skirt the law and perpetuate hair discrimination. I am calling for the district to revise their dress and grooming code in accordance with the CROWN Act and to end the disciplinary actions taken against Darryl George for wearing locs.*
>
> "*I support any and all means necessary to bring justice, proper enforcement and implementation to all school districts and places of employment when it comes to compliance with the Texas CROWN Act. We will continue to advocate for Darryl George and educate the general public as to the protections of this new law – standing up for anyone that is treated unfairly and discriminated against in any way.*"

# # #

CONTACT:
André Treiber, Chief of Staff
andre.treiber@house.texas.gov
(832) 377-9661





Chairman Ron Reynolds
Texas Legislative Black Caucus
1108 Lavaca, St. 110
Austin, Texas 78701

September 8, 2023

Superintendent Greg Poole
Principal Lance Murphy
Barbers Hill Independent School District
9600 Eagle Drive
Mont Belvieu, TX 77523

Dear Superintendent Poole and Principal Murphy,

The Texas Legislative Black Caucus, a bipartisan, bicameral organization composed of nineteen Black state lawmakers, has been made aware of multiple disciplinary notices administered to a student, Mr. Darryl George, at Barbers Hill High School between August 25, 2023 - September 5, 2023. The notices cite dress code violations referencing that Mr. George's hair, which is styled in traditional locs, falls "below his eyebrows."

This comes as a great concern to our caucus as Rep. Rhetta Andrews Bowers successfully passed House Bill 567, known as the Texas CROWN Act, which eliminates race-based hair discrimination in workplaces, schools, and housing policies in the state of Texas. Signed by Governor Greg Abbott this past legislative session, **this law took immediate effect beginning on September 1, 2023.**

We are especially concerned about the in-school suspensions that Mr. George has accrued that have impacted his time in the classroom as a result of these disciplinary notices citing violations with his hair. **We request that these violations be lifted from his record and that Barbers Hill Independent School District code and procedure be updated to reflect compliance by administration and staff with this new state law protecting students from race-based hair discrimination.**

Without remedial action from you, this unacceptable situation will continue a dangerous precedent against students who may face undue disciplinary actions despite codified protections passed by state lawmakers. We look forward to speaking further with you on joint resolutions moving forward.

Best regards,

*Ron Reynolds*

State Representative Ron Reynolds, House District 27
Chairman, Texas Legislative Black Caucus



# BORRIS L. MILES
## STATE SENATOR    DISTRICT 13
**COMMITTEES:** Criminal Justice, Health & Human Services, Natural Resources & Economic Development, Nominations and Transportation

**OFFICIAL STATEMENT**                                **Contact:**
Justin V. Concepcion
**FOR IMMEDIATE RELEASE**                              Office:
512-463-0113
September 8, 2023
Justin.Concepcion@senate.texas.gov

### Statement by Senator Borris L. Miles Regarding Barber's Hill ISD and the CROWN Act

"I am calling for Barbers Hill ISD to remove Darryl George from in-school suspension and to revise their dress code to come into compliance with the CROWN Act.  It is unbelievable that the district whose discriminatory actions led to the creation of the CROWN Act is the first to defy the new law.

Claiming that Darryl is violating a hair length policy is simply a backdoor method to continue discriminating against students with natural hair.  The bipartisan CROWN Act passed the Legislature overwhelmingly and is now the law of this state.  It's time for Barbers Hill ISD to comply with the law."

###

**Capitol Office**         **Central Houston Office**         **Fort Bend Office**         **Northeast Office**
3.E12                      5302 Almeda, Suite A               2440 Texas Pkwy, Suite 110    3300 Lyons Ave. Suite 301
P.O. Box 12068             Houston, TX 77004                  Missouri City, TX 77489       Houston, TX 77020
Austin, TX 78711           713-665-8322                       281-261-2360                  713-223-0387
512-463-0113

EXHIBIT 4                                                                          000003