EXHIBIT 5          000001