**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

George et al

v.

Abott et al

§
§
§
§
§

CASE NUMBER  4:23cv 3609

1 book received

_____

_____

_____

_____

**DOCUMENT IS:**

[✔]   **LOOSE IN FILE**

[ ]   **IN VAULT SEALED**

[ ]   **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #_____**

# Revealed The Kingdom of Locs Nazirite Vow Continues Volume 2

## Change is Nature and it Starts with a Loc

HH Empress Queen Christina Clement



SGqTk9CkgS

**Purchase Order #: 4:2023cv03609 georgeet al v.al**
**Your order of October 4, 2023 (Order ID 112-5160773-6017044)**

| Qty. | Item | Item Price | Total |
|------|------|-----------|-------|
| 1 | Revealed The Kingdom of Locs Nazirite Vow Continues Volume 2: Change Is Nature and It Starts with a Loc Clement, HH Christina --- Paperback **B0CDK5QFTT** B0CDK5QFTT 9798218228460 | $59.00 | $59.00 |

This shipment completes your order.

| | |
|---|---|
| Subtotal | $59.00 |
| Shipping & Handling | $3.59 |
| Tax Collected | $5.17 |
| Order Total | $67.76 |
| Paid via credit/debit | $67.76 |

Return or replace your item
Visit Amazon.com/returns

0/GqTk9CkgS/-1 of 1-//VGT5-DAY/std-us/0/1017-05:00/1015-14:38                    A7-30



sp07OC3JZFF

video streaming
movies and tv shows

MOD Non—Retail
6001 E TROPICAL PKWY
LAS VEGAS NV 89115—1935
United States

**Address Service Requested**

PRSRT BPM
U.S. POSTAGE PAID
UPS MAIL INNOVATIONS
eVS

SHIP
TO:   U.S. District Court
PO-BOX-61010
CASE 4 2023CV03609 GEORGE ET
AL V ABOTT ET AL

HOUSTON TX 77208—1010

**UPS Mail Innovations**

Postal code : 77208
Package Id #: AN5—038335—2300602
Cost Center #: 2

**USPS TRACKING # eVS**

9241 9903 0292 3401 04 3 56

GqnSCkgS
1/3042

GqnSCkgS

**OAK5**
**A** 030

***GRD***

19   BX
B-X   749   77208   22
-9-   NDC22
14   512   101823   0274405
9241990302923401042356

video streaming
movies and tv shows