**ROGERS MORRIS & GROVER**

5718 WESTHEIMER ROAD, SUITE 1200
HOUSTON, TEXAS 77057
PHONE: (713) 960-6000  •  FAX: (713) 960-6025
**www.rmgllp.com**

**JONATHAN G. BRUSH**
Direct Dial:  (713) 960-6007
jbrush@rmgllp.com



**BOARD CERTIFIED®**
Texas Board of Legal Specialization

CIVIL APPELLATE LAW

November 10, 2023

*Via CM/ECF*

Honorable Judge Charles Eskridge
515 Rusk Street, Room 9015
Houston, Texas 77002

Re:  Cause No. 4:23-cv-03609; *Darresha George, Individually and a/n/f of D.G. and D.G. vs. Barbers Hill Independent School District, et al.*; In the United States District Court for the Southern District of Texas, Houston Division.

Dear Judge Eskridge:

Plaintiffs Darresha George and D.G.  and  Defendants  Barbers  Hill  Independent  School District, Dr. Greg Poole, Lance Murphy, and Ryan Rodriguez (the BHISD Defendants) jointly file this letter with the Court. *See* Local Rule 17.f.

Pursuant to the Court's Procedures Rule 17.b., counsel for the BHISD Defendants met and conferred with counsel for Plaintiffs, via telephone, on November 6, 2023. During the telephone conference, the BHISD Defendants informed Plaintiffs of pleading deficiencies contained in Plaintiffs' live complaint (Dkt. 2). In response, Plaintiffs notified the BHISD Defendants they intend to amend their pleadings.

At this time, the BHISD Defendants' deadline to file a Rule 12 motion to dismiss is this Friday, November 10, 2023. Due to personal matters, Plaintiffs may be unable to file their amended complaint by that date. As such, and with the understanding that Plaintiffs intend to amend their pleadings, the Parties have agreed to defer the BHISD Defendants' deadline to file a Rule 12 motion to dismiss until 14 days after Plaintiffs file an amended complaint.

Should you have any questions, please do not hesitate to contact me.

Rogers, Morris & Grover, L.L.P.,

Allie R. Booker

Jonathan G. Brush

Austin Office:    5920 W. William Cannon Dr., Bldg. 1, Suite 250    Austin, Texas 78749    Phone:  (512) 354-1050    Fax:  (512) 354-1049