

EXHIBIT 5          000001