IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **DARRYL GEORGE AND DARRESHA GEORGE**<br>**Plaintiffs,** | § § § § § | |
| v. | § § | NO.: 4:23-cv-03609 |
| **GREG ABBOTT, KEN PAXTON, BARBER'S HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY AND RYAN RODRIGUEZ.**<br>**Defendants.** | § § § § § § § | |

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **BARBER'S HILL ISD, et al,**<br>   **Plaintiff,** | § § | |
|    V. | § § | 4:23-cv-03681 |
| **DARRYL GEORGE, et al.**<br>   **Defendants.** | § § § | Jury Trial Demanded |

**MOTION TO CONSOLIDATE**

This Motion to Consolidate the above lawsuits is brought by Plaintiffs, Darrly and Darresha George who shows in support:

1.     These lawsuits involve common questions of law or of fact.

Federal Rule of Civil Procedure 42(a) governs consolidation of cases. The rule provides that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue

any other orders to avoid unnecessary cost or delay." This Court has broad discretion to consolidate cases under Rule 42(a). See Gentry v. Smith, 487 F.2d 571, 581 (5th Cir. 1973); see also Luera v. M/V Alberta, 635 F.3d 181, 194 (5th Cir.2011).

2. It would serve the convenience of the Court, litigants, and counsel and would avoid multiplicity of suits, duplication of testimony, and unnecessary expense and delay to have these lawsuits consolidated for trial. The judicial resources that would be saved by avoiding duplicative litigation if the cases are in fact consolidated. In fact, Judge Hanks already has a similar lawsuit with different Plaintiffs and BHISD based on the same dress code. In addition, Judge Hanks has already made findings and entered orders regarding the discriminatory animus of this very same dress code.

Plaintiffs pray that the Court grant the Motion to Consolidate, consolidate these lawsuits, and transfer them to Judge Hanks' court where there is litigation pending regarding the same letter of law and dress/grooming code for the same school/Independent school district.

Respectfully Submitted,

THE BOOKER LAW FIRM

_/S/Allie R. Booker_
**ALLIE R BOOKER**
Federal Bar No. 1089873
1200 Rothwell Street
Houston, Texas 77002
(713) 292-2225 (office)
713) 583-3999 (facsimile)
COUNSEL TO PLAINTIFFS

## NOTICE OF ELECTRONIC FILING

I, Allie Booker, Plaintiffs' Attorney, do hereby certify that I have electronically submitted

for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Southern Texas, on this the 14th day of November 2023.

*/s/Allie Booker*
Allie Booker

**CERTIFICATE OF SERVICE**

I, Allie Booker, Plaintiffs' Attorney, do hereby certify that I have forwarded, a true and correct copy of the above, to all parties in this case, in accordance with The Federal Rules of Civil Procedure, on this on this the 14th day of November 2023.

*/s/Allie Booker*
Allie Booker