IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE AND <br> DARRESHA GEORGE <br><br> *Plaintiffs*, <br><br> v. <br><br> GREG ABBOTT, KEN PAXTON, <br> BARBERS HILL INDEPENDENT <br> SCHOOL DISTRICT, GREG POOLE, <br> LANCE MURPHY AND RYAN <br> RODRIGUEZ <br><br> *Defendants*. | § § § § § § § § § § § § § § § | C.A. No. 4:23-CV-03609 |

## DEFENDANTS' OPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Barbers Hill Independent School District, Greg Poole, Ryan Rodriguez, and Lance Murphy (the BHISD Defendants) and Greg Abbott and Ken Paxton (the State Defendants) (jointly the Defendants) file this Opposed Motion for Entry of Protective Order and respectfully request the Court enter the Proposed Protective Order, attached as Exhibit A.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

_____
JONATHAN G. BRUSH
Attorney-in-Charge
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No. 3227731
ademmler@rmgllp.com
RICHARD A. MORRIS
State Bar No. 14497750
Fed. I.D. 15004
rmorris@rmgllp.com
DILLON BREAZEALE
State Bar No. 24131284
Fed. I.D. No. 3805269
dbreazeale@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

ATTORNEYS FOR BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, RYAN RODRIGUEZ, AND LANCE MURPHY

_____

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Division Chief, General Litigation Division

/s/ Kelsey L. Warren
By permission - Amy Demmler
_____
**KELSEY L. WARREN**
ASSISTANT ATTORNEY GENERAL
Attorney-in-charge
Texas Bar No. 24095736
Southern District ID No. 3050512
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | Fax: (512) 320-0667
kelsey.warren@oag.texas.gov

**ATTORNEYS FOR GOVERNOR ABBOTT & ATTORNEY GENERAL PAXTON**

**CERTIFICATE OF CONFERENCE**

     I hereby certify that on November 6, 7, 14, and 27, 2023, I conferred with counsel for the Plaintiffs, via telephone and email correspondence, regarding the relief requested in this motion. Plaintiffs' counsel advised Plaintiffs are opposed to the relief requested.

                                                           _____
                                                           Counsel for Barbers Hill ISD, Greg Poole,
                                                           Ryan Rodriguez, and Lance Murphy

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 27, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                                           _____
                                                           Counsel for Barbers Hill ISD, Greg Poole,
                                                           Ryan Rodriguez, and Lance Murphy