IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE AND DARRESHA GEORGE | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | C.A. No. 4:23-CV-03609 |
| GREG ABBOTT, KEN PAXTON, BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY AND RYAN RODRIGUEZ | § § § § § § § | |
| *Defendants*. | § | |

**BARBERS HILL INDEPENDENT SCHOOL DISTRICT'S INVOCATION OF SECTION 101.106(e) OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE AND MOTION TO DISMISS PLAINTIFFS' STATE LAW CLAIMS AGAINST THE INDIVIDUAL DEFENDANTS**

# BRIEF INTRODUCTION AND NATURE AND STAGE OF PROCEEDINGS

Darryl George and his mother, Darresha George, individually, filed suit against Greg Abbott and Ken Paxton, alleging violations of their rights under Section 1983, Title VI, Title IX, and state law. Dkt. 1. Plaintiffs amended their complaint to include Barbers Hill Independent School District (the District), Superintendent Greg Poole, Lance Murphy, and Ryan Rodriguez, alleging the same causes of action against them. Dkt. Nos. 2, 15-16. Plaintiffs bring the same tort claims with the same factual allegations against the District as they do against Dr. Poole, Murphy, and Rodriguez. As such, the District moves to dismiss all of Plaintiffs' tort claims against the individuals pursuant to the Election of Remedies provision of the Texas Civil Practice and Remedies Code. The District moves to dismiss all remaining claims against all defendants in a separate motion to dismiss.

# RELEVANT FACTUAL ALLEGATIONS

- Dr. Poole is the Superintendent of the District. *See* Dkt. No.16 at 19. Lance Murphy and Ryan Rodriguez are administrators at Barbers Hill High School. *Id.* at 20-21.

- Plaintiffs indiscriminately bring all state law claims against BHISD, Dr. Poole, Murphy, and Rodriguez. *Id.* at 5-7, 39-41.

# STATEMENT OF THE ISSUE

Plaintiffs are barred from bringing their state law claims against Dr. Poole, Rodriguez, and Murphy pursuant to the Election of Remedies provision of the Texas Civil Practice and Remedies Code.

# ARGUMENT & AUTHORITIES

Plaintiffs' State law tort claims against Dr. Poole, Rodriguez, and Murphy are barred because Plaintiffs elected to sue the District for the same subject matter. *See generally* Dkt.

1

16. When a plaintiff asserts tort claims against a governmental entity, as Plaintiffs have done here, the claims are governed by the Texas Tort Claims Act (TTCA). *LeLeaux v. Hamshire-Fannett Indep. Sch. Dist.*, 835 S.W.2d 49, 51 (Tex. 1992); *see also Univ. of Tex. Med. Branch at Galveston v. Hohman*, 6 S.W.3d 767, 777 (Tex. App.—Houston [1st Dist.], 1999) ("Defamation, conspiracy, intentional infliction of emotional distress, and invasion of privacy are intentional torts.").

The election of remedies provision is embodied in the TTCA, and its purpose is to protect employees of governmental entities. *See Mission Consol. Indep. Sch. Dist. v. Garcia*, 253 S.W.3d 653, 656 (Tex. 2008). Under the election of remedies provision, a plaintiff's decision to file a tort claim against a governmental entity forever eliminates the plaintiff's ability to sue the entity's employee for the same conduct. *See* Tex. Civ. Prac. & Rem. Code § 101.106(a) ("The filing of a suit under this chapter against a governmental unit constitutes an irrevocable election by the plaintiff and immediately and forever bars any suit or recovery by the plaintiff against any individual employee of the governmental unit regarding the same subject matter.").

The District invokes Section 101.106(e) and moves to dismiss Plaintiffs' state law claims against its employees, Dr. Poole, Rodriguez, and Murphy. *See id.* at § 101.106(e). As such, this Court is required to dismiss Plaintiffs' state law claims against Dr. Poole, Rodriguez, and Murphy. *See Franka v. Velasquez*, 332 S.W.3d 367, 380 (Tex. 2011) ("[I]f a plaintiff sues both the government and its employee, then under subsection (e)…the employee must be dismissed, even if the government's immunity is not waived.").

## Prayer

For the above reasons, Barbers Hill Independent School District respectfully requests the Court dismiss all state law claims against Greg Poole, Lance Murphy, and Ryan Rodriguez, pursuant to the Election of Remedies provision of the Texas Tort Claims Act, and grant any other relief.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

_____
JONATHAN G. BRUSH
Attorney-in-Charge
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No. 3227731
ademmler@rmgllp.com
RICHARD A. MORRIS
State Bar No. 14497750
Fed. I.D. 15004
rmorris@rmgllp.com
DILLON BREAZEALE
State Bar No. 24131284
Fed. I.D. No. 3805269
dbreazeale@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone: 713/960-6000
Facsimile: 713/960-6025

ATTORNEYS FOR BARBERS HILL ISD, GREG POOLE, RYAN RODRIGUEZ, AND LANCE MURPHY

## CERTIFICATE OF COMPLIANCE OF WORD COUNT

Pursuant to Local Rule 18.c, I hereby certify that this motion complies with the word count limitations because it contains **576** words, excluding the parts of the brief exempted by Local Rule 18.c.

  _____
  Attorney for Barbers Hill Independent School District, Dr. Greg Poole, Lance Murphy, and Ryan Rodriguez

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 6, 2023, I conferred with Ms. Booker, counsel for Plaintiffs regarding the relief requested herein. Plaintiffs are opposed to the relief requested.

  _____
  Attorney for Barbers Hill Independent School District, Dr. Greg Poole, Lance Murphy, and Ryan Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

  _____
  Attorney for Barbers Hill Independent School District, Dr. Greg Poole, Lance Murphy, and Ryan Rodriguez