# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE AND DARRESHA GEORGE | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | C.A. No. 4:23-CV-03609 |
| GREG ABBOTT, KEN PAXTON, BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY AND RYAN RODRIGUEZ | § § § § § § § | |
| *Defendants*. | § § | |

## BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY, AND RYAN RODRIGUEZ'S OPPOSED MOTION FOR LEAVE TO FILE THEIR MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT IN EXCESS OF THE AVAILABLE WORD COUNT

Barbers Hill Independent School District (BHISD or the District), Greg Poole, Lance Murphy, and Ryan Rodriguez (the BHISD Defendants) file this Motion for Leave to File Their Motion to Dismiss in Excess of the Available Word Count, as follows:

1. The Court's Local Rules provide that motions shall be limited to 5,000 words (approximately twenty-five pages), without leave of Court. *See* Rule 18(c) of the Court's Local Procedures.

2. Plaintiffs' third amended complaint (Dkt. 16) is brought on behalf of Darryl George and Darresha George, individually, against three BHISD individuals and the District itself, alleging seven different federal causes of action and four separate state

causes of action. Dkt. 16. The live complaint requires the BHISD Defendants to brief a multitude of legal matters encompassing approximately 25 discrete issues for the Court to resolve, including federal constitutional and statutory matters, state matters, jurisdictional issues, and governmental and qualified immunity.

3. As such, the BHISD Defendants' motion to dismiss exceeds the word and page limitations imposed by the Court. The District's motion to dismiss is approximately thirty-one (31) pages in length and 8,996 words, not including the case caption, table of contents, table of authorities, signature block, and certificates.

4. Counsel for Plaintiffs was notified of the relief requested in this motion. Plaintiffs are opposed.

## **PRAYER**

For the above reasons, Barbers Hill Independent School District, Dr. Greg Poole, Lance Murphy, and Ryan Rodriguez respectfully requests this Court grant their motion for leave to file their motion to dismiss in excess of the word and page limitations imposed by the Court's Local Procedures.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

_____
JONATHAN G. BRUSH
Attorney-in-Charge
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No. 3227731
ademmler@rmgllp.com
RICHARD A. MORRIS
State Bar No. 14497750
Fed. I.D. 15004
rmorris@rmgllp.com
DILLON BREAZEALE
State Bar No. 24131284
Fed. I.D. No. 3805269
dbreazeale@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:　713/960-6000
Facsimile:　713/960-6025

ATTORNEYS FOR BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY, AND RYAN RODRIGUEZ

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 28, 2023, I conferred with counsel for Plaintiffs, via email, regarding the relief requested in this motion. Plaintiffs' counsel advised Plaintiffs were opposed to the relief requested in this motion.

_____
Attorney for Barbers Hill ISD, Dr. Greg Poole, Lance Murphy, and Ryan Rodriguez

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_____
Attorney for Barbers Hill ISD, Dr. Greg Poole, Lance Murphy, and Ryan Rodriguez