IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE AND DARRESHA GEORGE, <br><br> *Plaintiffs,* <br><br> v. <br><br> GREG ABBOTT, KEN PAXTON, BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY AND RYAN RODRIGUEZ <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § | C.A. No. 4:23-CV-03609 |

## ATTORNEY ALLIE BOOKER'S VERIFICATION AND AFFIDAVIT

ALLIE R. BOOKER appeared in person before me today and stated under oath:

"My name is ALLIE R BOOKER. I am above the age of eighteen years, and I am fully competent to make this verification and affidavit. The facts stated in this affidavit are within personal knowledge and are true and correct."

"I am the attorney for the Plaintiff in this case. We cannot move forward without conducting adequate discovery. There are issues of fact and adequate discovery regarding these issues has not been conducted. Limited discovery must be conducted. Moreover, a motion to dismiss the case has been filed and discovery is necessary in order for Plaintiffs to properly defend themselves against the motion to dismiss. Plaintiffs moves this court to defer the motion to dismiss and/or deny it as moot."

STATE OF TEXAS,
COUNTY OF HARRIS
BEFORE ME, the undersigned authority, on this day appeared _____*Allie R Booker*_____

on this the \_\_27\_\_ day of \_\_Novem\_\_, 20\_23\_, to certify which witness my hand and seal of office.

_____  
NOTARY PUBLIC  
My commission expires: \_\_July 1, 2024\_\_

_____  
AFFIANT

WENDI HOWARD  
Notary ID #132549580  
My Commission Expires  
July 1, 2024