**EXHIBIT 1**

**RE: George, Darryl----MEETING**

**Hans Graff**
Mon 9/18/2023 3:25 PM
To: Allie Booker

Ms. Booker,

Your client's son is attending school every day. It is not possible, nor is it permissible for the school to discuss the student with you in the absence of written consent to disclose information. Your client showed up at school with three other adults today attempting to video personnel. This was before any contact by the principal.

With respect to your questions:

It is a meeting to determine punishment for insubordination.
It is also an intake meeting with the DAEP. If he refuses to cut his hair, that is where he is going. If he still refuses to cut his hair, he will go to High Point. If the parent refuses to meet with the school, it will not prevent George's placement in the DAEP. If he does not wish to go to the DAEP, he should consider complying.

Please let me know if you have any other questions.

**Hans P. Graff, Senior Attorney**

**LEON | ALCALA**
ATTORNEYS AT LAW

**Proudly Serving the Entire State of Texas**
10497 Town & Country Way, Ste. 940 | Houston, Texas 77024
T: 713-965-7626 | F: 512.637.4245 | C: 713.446.7334

The information contained in this communication is confidential, may be attorney-client privileged, may constitute confidential student information protected by federal law, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.



**EXHIBIT 1**   000001